**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv281**

| | |
|---|---|
| ROBERTA FORD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY, a/k/a )<br>THE HARTFORD, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Consent Motion to Stay Initial Attorneys' Conference [Doc. 12], filed August 22, 2008. The Plaintiff has consented to the motion.

It appears that the Motion was filed in response to the Notice issued by the Clerk on August 8, 2008, directing that the parties conduct their Initial Attorneys conference on or before August 22, 2008. The Clerk's Notice to this effect, however, was issued in error. Local Rule 16.1(A) states that the Initial Attorneys Conference must take place within fourteen days of the joinder of issue. Local Rule 16.1(D) specifically states that

"Where Rule 12 motions are filed and briefed, issues will not join until such motions are resolved by the Court." The Defendant has filed and briefed Rule 12 motions in this matter. As such, the time for the Initial Attorneys Conference in this matter will not arrive until after the disposition of the pending Rule 12 motions. For this reason the Defendant's motion for stay should be granted.

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion to Stay Initial Attorneys' Conference [Doc. 12] is hereby **GRANTED**, and the Clerk's Notice of August 8, 2008, is rescinded.

Martin Reidinger
United States District Judge

Signed: September 12, 2008